Adam B. Nach – 013622
Allison M. Lauritson - 022185
**LANE & NACH, P.C.**
2025 North Third Street
The Brookstone - Suite 157
Phoenix, Arizona 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: allison.lauritson@lane-nach.com

Attorney for Brian J. Mullen, Case Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| ANTHONY R. AMICI, | No. 2-10-bk-22488-GBN |
| Debtor. | **NOTICE OF WITHDRAWAL TRUSTEE'S RESPONSE TO MOVANT'S MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY** |
| DESERT SCHOOLS FEDERAL CREDIT UNION, | |
| Movant, | RE: Real Property Located at 3111 E. Acoma Drive, Phoenix, AZ 85032 |
| vs. | |
| ANTHONY R. AMICI; BRIAN J. MULLEN, Trustee | |
| Respondents. | |

Brian J. Mullen, Case Trustee, by and through her undersigned counsel, hereby withdraws his Response to Movant's Motion to Lift the Automatic Bankruptcy Stay which the Trustee filed with this Court on or about September 9, 2010.

RESPECTFULLY SUBMITTED this 4th day of November, 2010.

**LANE & NACH, P.C.**

By  /s/ Allison M. Lauritson – 022185
    Adam B. Nach
    Allison M. Lauritson
    Attorneys for Trustee

COPY of the foregoing mailed/delivered via electronic notification to:

ANTHONY R. AMICI
16061 W. Evans Drive
Surprise, AZ 85379
Debtor

Kelly G. Black
Jackson White
40 North Center, Suite 200
Mesa, AZ 85201
Email: kblack@jacksonwhitelaw.com
Attorney for Debtor

By___/s/  Stephanie Anderson_____